Phyllis Voisenat (SBN 159095)
ATTORNEY AND COUNSELOR AT LAW
1101 Marina Village Parkway, Suite 201
Alameda, CA 94501
Telephone Number: (510) 883-3798
Facsimile Number: (800) 426-8597
Email Address: PVoisenat@gmail.com

Attorney for Respondent
Marc Voisenat (DIP's Former Counsel)

UNITED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

In re: Point Buckler Club, LLC,

     Debtor.

Marc Voisenat,

    Appellant,

v.

Office of the US Trustee,

    Appellee

Case No. 2:24-CV-01142-TLN

Bankruptcy Court NO: 23-20755

ORDER FOR VOLUNTARY DISMISSAL
PURSUANT TO STIPULATION

[FRAP 42(b)]

    Pursuant to the stipulation of the parties for a voluntary dismissal pursuant to F.R.A.P. 42(b), and

good cause appearing, the above-captioned appeal is dismissed with each party to bear its own costs.

    IT IS SO ORDERED.

Date: May 9, 2024

_____
Troy L. Nunley
United States District Judge